UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00302-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERREN WILLIAMS,

    Defendant.

_____

## ORDER
_____

THIS MATTER comes before the Court on the Defendant's Motion for Leave to File Notice of Disposition Out-of-Time **(#10)** filed October 3, 2007. Having reviewed the Motion, the Court

**FINDS** that good cause exists for granting the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the deadline for filing a Notice of Disposition is extended to **October 12, 2007**. **No further extensions will be granted**.

DATED this 4th day of October, 2007.

                BY THE COURT:

                _____
                Marcia S. Krieger
                United States District Judge